UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| JOHN EARL LEWIS GOODMAN JR | ) | BANKRUPTCY NO. 05-42241 |
| MELISSA GOODMAN | ) | CHAPTER 7 |
|    Debtor(s). | ) | |

**NOTICE OF UNCLAIMED FUNDS**

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed her Report of No Distribution with Refund to Debtors on July 19, 2011.

2. That said checks contained a ninety (90) day restriction and said funds were returned to Trustee as undeliverable, and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimants is as follows:

    John & Melissa Goodman                                   $442.77
    1723 Main Street
    Lafayette, IN 47904

4. That your Trustee's check in the total amount of $442.27 payable to the Clerk of this Court has been forwarded to the Court.

Dated July 19, 2011.

                                            /s/ Kimberly A. Wright
                                            Kimberly A. Wright, Trustee
                                            200 Ferry Street, Suite B
                                            P.O. Box 377
                                            Lafayette, IN 47902-0377
                                            Telephone: (765) 742-7259
                                            Facsimile: (765) 742-6868
                                            Email: kimberly.gilbert1@frontier.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 19, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. John Goodman, Jr., 1723 Main Street, Lafayette, IN 47904
3. Melissa Goodman, 1723 Main Street, Lafayette, IN 47904
4. John Goodman, Jr., 1500 W. Morrison Street, Frankfort, IN 46041
5. Melissa Goodman, 1500 W. Morrison Street, Frankfort, IN 46041

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

                                          /s/ Kimberly A. Wright
                                          Kimberly A. Wright